**B1 (Official Form 1) (4/10)**

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>RIVERSIDE DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Crayton, Joshua Lair** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Crayton, Ana Ruth Escobar** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-1691** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-6020** |
| Street Address of Debtor (No. and Street, City, and State):<br>**29682 Buena Tierra**<br>**Sun City, CA**<br><div align="right">ZIP CODE<br>**92586**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br>**29682 Buena Tierra**<br>**Sun City, CA**<br><div align="right">ZIP CODE<br>**92586**</div> |
| County of Residence or of the Principal Place of Business:<br>**Riverside** | County of Residence or of the Principal Place of Business:<br>**Riverside** |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP CODE</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP CODE</div> |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><div align="right">ZIP CODE</div> | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed   (Check one box.) |
|---|---|---|
| [x] Individual (includes Joint Debtors)<br>    *See Exhibit D on page 2 of this form.*<br>[ ] Corporation (includes LLC and LLP)<br>[ ] Partnership<br>[ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.) | [ ] Health Care Business<br>[ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>[ ] Railroad<br>[ ] Stockbroker<br>[ ] Commodity Broker<br>[ ] Clearing Bank<br>[ ] Other | [ ] Chapter 7  [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>[ ] Chapter 9<br>[ ] Chapter 11  [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>[ ] Chapter 12<br>[x] Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>[ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>[x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."    [ ] Debts are primarily business debts. |

| Filing Fee   (Check one box.) | Chapter 11 Debtors |
|---|---|
| [x] Full Filing Fee attached.<br><br>[ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>[ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>[ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).<br>[ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>[ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300  *(amount subject to adjustment on 4/01/13 and every three years thereafter.)*<br>**Check all applicable boxes:**<br>[ ] A plan is being filed with this petition.<br>[ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| [x] Debtor estimates that funds will be available for distribution to unsecured creditors.<br>[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [x] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [x] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**B1 (Official Form 1) (4/10)** Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Joshua Lair Crayton**<br>**Ana Ruth Escobar Crayton** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X **/s/ Kevin Cortright**  11/5/2010<br>  **Kevin Cortright**  Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10)                                                                                                            Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Joshua Lair Crayton** **Ana Ruth Escobar Crayton** |
|---|---|

## Signatures

<table>
<tr>
<td>

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Joshua Lair Crayton
_____
**Joshua Lair Crayton**

**X** /s/ Ana Ruth Escobar Crayton
_____
**Ana Ruth Escobar Crayton**

_____
Telephone Number (If not represented by attorney)

**11/5/2010**
_____
Date

</td>
<td>

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

</td>
</tr>
<tr>
<td>

**Signature of Attorney***

**X** /s/ Kevin Cortright
_____
**Kevin Cortright**                         Bar No. **267224**

**Law Offices of Cortright & Valentine**
**27186 Newport Rd., Ste. 1**
**Menifee CA 92584**

Phone No. **(951) 200-7505**        Fax No. **(951) 200-7506**

11/5/2010
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td rowspan="2">

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

**X**
_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
<tr>
<td>

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

</td>
</tr>
</table>

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Kevin Cortright      SBN: 267224<br>Law Offices of Cortright & Valentine<br>27186 Newport Rd., Ste. 1<br>Menifee CA 92584<br>(951) 200-7505    (951) 200-7506 Fax<br>☒ Attorney for: Crayton, Joshua Lair / Crayton, Ana Ruth Escobar | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

</div>

| In re:<br>Crayton, Joshua Lair<br>Crayton, Ana Ruth Escobar<br><br>Debtor(s). | CASE NO.:<br><br>CHAPTER: 13<br><br>ADV. NO.: |
|---|---|

<div align="center">

**ELECTRONIC FILING DECLARATION**
**(INDIVIDUAL)**

</div>

☒ Petition, statement of affairs, schedules or lists          Date Filed:  11/8/10
☐ Amendments to the petition, statement of affairs, schedules or lists          Date Filed: _____
☐ Other: _____          Date Filed: _____

**PART I – DECLARATION OF DEBTOR(S) OR OTHER PARTY**

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____          Date   11/5/10

Signature of Signing Party

Joshua Lair Crayton
*Printed Name of Signing Party*

_____          Date   11/5/10

Signature of Joint Debtor (if applicable)

Ana Ruth Escobar Crayton
*Printed Name of Joint Debtor (if applicable)*

**PART II – DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the Declaration of Debtor(s) or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by my name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the Statement of Social Security Number(s) (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the Statement of Social Security Number(s) (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the Statement of Social Security Number(s) (Form B21) available for review upon request of the Court.

_____          Date   11/5/10

Signature of Attorney for Signing Party

Kevin Cortright
*Printed Name of Attorney for Signing Party*

<div align="center">This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.</div>

November 2006

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows:  (Set forth the complete number and title of such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceedings(s).)

    None

2.  (If petitioner is a partnership or joint venture)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor as follows:  (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows.  (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

4.  (If petitioner is an individual)  A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such proceedings(s).)

    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Menifee                                   , California        /s/ Joshua Lair Crayton
                                                                          Debtor

Dated        November   5, 2010                                          /s/ Ana Ruth Escobar Crayton
                                                                          Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**F 1015-2.1**

B 201 - Notice of Available Chapters (Rev. 12/08)                                    USBC, Central District of California

Name:  <u>Law Offices of Cortright & Valentine</u>

Address:  <u>27186 Newport Rd., Ste. 1</u>
          <u>Menifee CA 92584</u>
          _____
          _____

Telephone: <u>(951) 200-7505</u>          Fax:  <u>(951) 200-7506</u>

☑ Attorney for Debtor
☐ Debtor ion Pro Per

---

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names, including trade names, used by Debtor(s) within last 8 years: | Case No. |
|---|---|
| Debtor: Crayton, Joshua Lair<br>          Crayton, Ana Ruth Escobar | **NOTICE OF AVAILABLE CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1.  Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file forbankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

2.    **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7**: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss
2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13**: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11**: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3. **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

B 201 - Notice of Available Chapters (Rev. 12/08)                                          USBC, Central District of California

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____          _____
Printed name and title, if any, of Bankruptcy Petition Preparer          Social Security number (If the bankruptcy petition
Address: preparer is not an individual, state the
Social Security number of the officer, principal,
responsible person, or partner of the bankruptcy
_____          petition preparer.) (Required by 11 U.S.C. § 110.)

X _____
Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

Joshua Lair Crayton/Ana Ruth Escobar Crayton          /s/ Joshua Lair Crayton          11/05/2010
_____          _____
Printed Name(s) of Debtor(s)                                       Signature of Debtor                    Date

Case No. (if known) _____          /s/ Ana Ruth Escobar Crayton          11/05/2010
_____
Signature of Joint Debtor (if any)     Date

B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

In re  **Joshua Lair Crayton**                                    Case No.
       **Ana Ruth Escobar Crayton**

                                                                 Chapter    **13**


## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $145,000.00 | | |
| B - Personal Property | Yes | 5 | $26,820.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $319,834.44 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $2,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $66,349.60 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $6,701.67 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $5,954.83 |
| TOTAL | | 20 | $171,820.00 | $388,184.04 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

In re  **Joshua Lair Crayton**                                     Case No.
       **Ana Ruth Escobar Crayton**

Chapter  **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$6,701.67** |
| Average Expenses (from Schedule J, Line 18) | **$5,954.83** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$7,353.87** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$163,651.67** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$2,000.00** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4.  Total from Schedule F | | **$66,349.60** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$230,001.27** |

B6A (Official Form 6A) (12/07)

In re  **Joshua Lair Crayton**                                          Case No. _____
       **Ana Ruth Escobar Crayton**                                            (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 3 Bdr/3 Bath Single Family Home 29682 Buena Tierra, Sun City, Ca 92586 to be surrendered | Fee Simple | J | $145,000.00 | $301,792.00 |
| | | Total: | $145,000.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Joshua Lair Crayton**                          Case No. _____
       **Ana Ruth Escobar Crayton**                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Usaa Federal Checking/savings | J | $20.00 |
| | | Pacific Marine Credit Union P.o. Box 555235  camp Pendleton, Ca 92055 | J | $0.00 |
| | | Navy Federal Credit Union P.O. Box 3000  merrifield, Va 22119 | J | $500.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Bar Set 29682 Buena Tierra  sun City, Ca 92586 | J | $300.00 |
| | | Fish Tank 29682 Buena Tierra  sun City, Ca 92586 | J | $150.00 |
| | | Samsung Tv's 29682 Buena Tierra   sun City, Ca 92586 | J | $300.00 |
| | | Dinning Room Set 29682 Buena Tierra  sun City, Ca 92586 | J | $400.00 |
| | | Bedroom Armoire 29682 Buena Tierra  sun City, Ca 92586 | J | $150.00 |
| | | Bedroom Set 29682 Buena Tierra  sun City, Ca 92586 | J | $800.00 |
| | | Couch 29682 Buena Tierra  sun City, Ca 92586 | J | $300.00 |
| | | Washer/dryer 29682 Buena Tierra  sun City, Ca 92586 | J | $200.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Joshua Lair Crayton**                                    Case No. _____
       **Ana Ruth Escobar Crayton**                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| | | Stereo<br>29682 Buena Tierra  sun City, Ca 92586 | J | $125.00 |
| | | Speakers<br>29682 Buena Tierra  sun City, Ca 92586 | J | $75.00 |
| | | Coffee Table<br>29682 Buena Tierra  sun City, Ca 92586 | J | $50.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Precious Moments Collection | C | $1,000.00 |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Gun Safe<br>29682 Buena Tierra  sun City, Ca 92586 | J | $300.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Joshua Lair Crayton**                                    Case No. _____
      **Ana Ruth Escobar Crayton**                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Joshua Lair Crayton**                                  Case No. _____
**Ana Ruth Escobar Crayton**                                            (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 19. Equitable or future interests, life estates, and rights or powers exercis- able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui- dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Motorcycle Honda Xr 50 value per comparables | C | $600.00 |
| | | 2003 Ford F250 w/74,700 miles in fair cond. | C | $8,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Joshua Lair Crayton**
    **Ana Ruth Escobar Crayton**

Case No. _____
            (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | rough trade-in value per nadaguides.com | | |
| | | 1998 Toyota Corolla w/188,169 miles in fair cond. rough trade-in value per nadaguides.com | C | $1,325.00 |
| | | 2008 Kia Rio w/3400 km. in good cond. average trade-in value per nadaguides.com | C | $6,225.00 |
| | | 2004 Saturn Relay voluntary surrender 12/08 | C | $6,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____4_____ continuation sheets attached

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

**Total  >**     **$26,820.00**

B6C (Official Form 6C) (4/10)

In re **Joshua Lair Crayton**                                    Case No. _____
**Ana Ruth Escobar Crayton**                                               (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                       $146,450.*

☐  11 U.S.C. § 522(b)(2)
☒  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Usaa Federal Checking/savings | C.C.P. § 703.140(b)(5) | $20.00 | $20.00 |
| Pacific Marine Credit Union<br>P.o. Box 555235  camp Pendleton, Ca 92055 | C.C.P. § 703.140(b)(5) | $0.00 | $0.00 |
| Navy Federal Credit Union<br>P.o. Box 3000  merrifield, Va 22119 | C.C.P. § 703.140(b)(5) | $500.00 | $500.00 |
| Bar Set<br>29682 Buena Tierra  sun City, Ca 92586 | C.C.P. § 703.140(b)(3) | $300.00 | $300.00 |
| Fish Tank<br>29682 Buena Tierra  sun City, Ca 92586 | C.C.P. § 703.140(b)(3) | $150.00 | $150.00 |
| Samsung Tv's<br>29682 Buena Tierra   sun City, Ca 92586 | C.C.P. § 703.140(b)(3) | $300.00 | $300.00 |
| Dinning Room Set<br>29682 Buena Tierra  sun City, Ca 92586 | C.C.P. § 703.140(b)(3) | $400.00 | $400.00 |
| Bedroom Armoire<br>29682 Buena Tierra  sun City, Ca 92586 | C.C.P. § 703.140(b)(3) | $150.00 | $150.00 |
| Bedroom Set<br>29682 Buena Tierra  sun City, Ca 92586 | C.C.P. § 703.140(b)(3) | $550.00 | $800.00 |
|  | C.C.P. § 703.140(b)(5) | $250.00 |  |
| Couch<br>29682 Buena Tierra  sun City, Ca 92586 | C.C.P. § 703.140(b)(3) | $300.00 | $300.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced  on or after the date of adjustment. | | **$2,920.00** | **$2,920.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Joshua Lair Crayton**                          Case No. _____
       **Ana Ruth Escobar Crayton**                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Washer/dryer<br>29682 Buena Tierra  sun City, Ca 92586 | C.C.P. § 703.140(b)(3) | $200.00 | $200.00 |
| Stereo<br>29682 Buena Tierra  sun City, Ca 92586 | C.C.P. § 703.140(b)(3) | $125.00 | $125.00 |
| Speakers<br>29682 Buena Tierra  sun City, Ca 92586 | C.C.P. § 703.140(b)(3) | $75.00 | $75.00 |
| Coffee Table<br>29682 Buena Tierra  sun City, Ca 92586 | C.C.P. § 703.140(b)(3) | $50.00 | $50.00 |
| Precious Moments Collection | C.C.P. § 703.140(b)(5) | $1,000.00 | $1,000.00 |
| Gun Safe<br>29682 Buena Tierra  sun City, Ca 92586 | C.C.P. § 703.140(b)(5) | $300.00 | $300.00 |
| Motorcycle Honda Xr 50<br>value per comparables | C.C.P. § 703.140(b)(5) | $600.00 | $600.00 |
| 2003 Ford F250 w/74,700 miles in fair cond.<br>rough trade-in value per nadaguides.com | C.C.P. § 703.140(b)(2) | $3,525.00 | $8,000.00 |
|  | C.C.P. § 703.140(b)(5) | $4,475.00 |  |
| 1998 Toyota Corolla w/188,169 miles in fair cond.<br>rough trade-in value per nadaguides.com | C.C.P. § 703.140(b)(5) | $1,325.00 | $1,325.00 |
| 2008 Kia Rio w/3400 km. in good cond.<br>average trade-in value per nadaguides.com | C.C.P. § 703.140(b)(5) | $1,042.23 | $6,225.00 |
|  |  | **$15,637.23** | **$20,820.00** |

B6D (Official Form 6D) (12/07)

In re **Joshua Lair Crayton**         Case No. _____
    **Ana Ruth Escobar Crayton**                            (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **4458370396395275**<br><br>**First Horizon Home Equity Credit**<br>**P.o. Box 2351**<br>**Memphis , TN 38101** | X | C | DATE INCURRED: **2004**<br>NATURE OF LIEN:<br>**Home Loan (2d)**<br>COLLATERAL:<br>**3 Bdr/3 Bath Single Family Home**<br>REMARKS:<br><br><br>VALUE: **$145,000.00** | | | | **$33,092.00** | **$33,092.00** |
| **Representing:**<br>**First Horizon Home Equity Credit** | | | **First Tenn Bank**<br>**607 Market St**<br>**Knoxville, TN 37902** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **611909073458**<br><br>**Gmac Automotive**<br>**P.o. Box 380901**<br>**Bloomington , MN 55438-0902** | | C | DATE INCURRED: **2006**<br>NATURE OF LIEN:<br>**Car Loan**<br>COLLATERAL:<br>**2004 Saturn Relay**<br>REMARKS:<br>**Voluntary surrender 12/08**<br><br>VALUE: **$6,000.00** | | | | **$12,859.67** | **$6,859.67** |
| **Representing:**<br>**Gmac Automotive** | | | **GMAC**<br>**PO BOX 12699**<br>**GLENDALE AZ 85318** | | | | **Notice Only** | **Notice Only** |
| | | | Subtotal (Total of this Page) > | | | | **$45,951.67** | **$39,951.67** |
| | | | Total (Use only on last page) > | | | | | |

____1____continuation sheets attached

| | |
|---|---|
| (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

In re **Joshua Lair Crayton**                                    Case No. _____
     **Ana Ruth Escobar Crayton**                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **Representing:** **Gmac Automotive** | | | Macdowell & Associates, Ltd. 3636 Birch St Suite 290 Newport Beach , CA 92660 | | | | **Notice Only** | **Notice Only** |
| ACCT #: **xxx-xxx225-7** **Karla Veronica Flores Machado Entre 63 y 65 Avenida Sur, Pasaje 1 Colonia Escalon, Casa #1 San Salvador, Central America** | | C | DATE INCURRED: NATURE OF LIEN: **Auto Loan** COLLATERAL: **2008 Kia Rio in Central America** REMARKS: <br><br> VALUE: **$6,225.00** | | | | **$5,182.77** | |
| ACCT #: **7785174-5** **Lbps Lender Business P.o. Box 4121 Beaverton , OR 97076-4121** | X | C | DATE INCURRED: **2004** NATURE OF LIEN: **Home Loan** COLLATERAL: **3 Bdr/3 Bath Single Family Home** REMARKS: <br><br> VALUE: **$145,000.00** | | | | **$268,700.00** | **$123,700.00** |
| ACCT #: **xxxxxx016-5** **Riverside Treasurer-Tax Collector 4080 Lemon St. (1st Floor) Riverside CA 92502** | | C | DATE INCURRED: NATURE OF LIEN: **Property Taxes** COLLATERAL: **3 Bdr/3 Bath Single Family Home** REMARKS: <br><br> VALUE: **$145,000.00** | | | | **$0.00** | |

Sheet no. ___1___ of ___1___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this Page) > | **$273,882.77** | **$123,700.00** |
|---|---|---|---|
|  | Total (Use only on last page) > | **$319,834.44** | **$163,651.67** |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

In re **Joshua Lair Crayton**                    Case No. _____
**Ana Ruth Escobar Crayton**                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re **Joshua Lair Crayton**                                    Case No. _____
**Ana Ruth Escobar Crayton**                                                        (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: <br>**Law Offices of Cortright & Valentine** <br>**27186 Newport Rd., Ste. 1** <br>**Menifee CA 92584** | | C | DATE INCURRED: **10/22/2010** <br>CONSIDERATION: <br>**Attorney Fees** <br>REMARKS: | | | | $2,000.00 | $2,000.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

|  | Subtotals (Totals of this page) > | $2,000.00 | $2,000.00 | $0.00 |
|---|---|---|---|---|
| | Total > <br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $2,000.00 | | |
| | Totals > <br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $2,000.00 | $0.00 |

B6F (Official Form 6F) (12/07)

In re  **Joshua Lair Crayton**                          Case No. _____
       **Ana Ruth Escobar Crayton**                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **6019443002381794**<br>**Aafes/Military Star**<br>**P.o. Box 78731**<br>**Phoenix , AZ 85063-8731** | | C | DATE INCURRED:  **2006**<br>CONSIDERATION:<br>**Credit Cards**<br>REMARKS: | | | | $6,300.63 |
| ACCT #:  **0-41005**<br>**American Express**<br>**P.o. Box 0001**<br>**Los Angeles , CA 92586-3556** | | C | DATE INCURRED:  **2006**<br>CONSIDERATION:<br>**Credit Cards**<br>REMARKS: | | | | $4,975.69 |
| **Representing:**<br>**American Express** | | | **Gc Services Limited Partnership**<br>**P.o. Box 46960 (066)**<br>**Saint Luis , MO 63146** | | | | **Notice Only** |
| ACCT #:  **372579302671006**<br>**American Express**<br>**P.o. Box 0001**<br>**Los Angeles , CA 90096-8000** | | C | DATE INCURRED:  **2006**<br>CONSIDERATION:<br>**Credit Cards**<br>REMARKS: | | | | $19,850.00 |
| **Representing:**<br>**American Express** | | | **AMEX**<br>**PO Box 297871**<br>**Fort Lauderdale, FL 33329** | | | | **Notice Only** |
| **Representing:**<br>**American Express** | | | **Nco Financial Systems Inc**<br>**507 Prudencial Road**<br>**Horsham , PA 19044** | | | | **Notice Only** |

Subtotal >  $31,126.32

____3____continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joshua Lair Crayton**                                  Case No. _____
       **Ana Ruth Escobar Crayton**                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **4266841168316725**<br>**Chase**<br>**P.o. Box 94014**<br>**Palatine , IL 60094-4014** | | C | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**Credit Cards**<br>REMARKS: | | | | $3,206.15 |
| **Representing:**<br>**Chase** | | | **CHASE**<br>**225 CHASTAIN MEADOWS CT**<br>**KENNESAW, GA 30144** | | | | **Notice Only** |
| **Representing:**<br>**Chase** | | | **Fredrick J. Hanna & Associates, P.c.**<br>**1427 Roswell Road**<br>**Marietta , GA 30062** | | | | **Notice Only** |
| ACCT #:  **6011-0005-6828-9858**<br>**Discover Card**<br>**P.o. Box 3025**<br>**New Albany , OH 43054** | | C | DATE INCURRED:  **5/2008**<br>CONSIDERATION:<br>**Credit Cards**<br>REMARKS: | | | | $2,098.04 |
| **Representing:**<br>**Discover Card** | | | **Discover Financial Services**<br>**PO Box 15316**<br>**Wilmington, DE 19850** | | | | **Notice Only** |
| **Representing:**<br>**Discover Card** | | | **Haster Law Office**<br>**6640 Shady Oak Road**<br>**Suite 340**<br>**Eden Prarie , MN 55344** | | | | **Notice Only** |

Sheet no. ____1____ of ____3____ continuation sheets attached to                                **Subtotal >** | $5,304.19
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          **Total >**
                                                    **(Use only on last page of the completed Schedule F.)**
                                          **(Report also on Summary of Schedules and, if applicable, on the**
                                          **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joshua Lair Crayton**                                    Case No. _____
       **Ana Ruth Escobar Crayton**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **1691**<br>**Franchise Tax Board**<br>**Attn: Bankruptcy**<br>**PO Box 2952**<br>**Sacramento, CA 95812-2952** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **0007001167019874008**<br>**Hsbc Retail Services**<br>**P.o. Box 5244**<br>**Carol Stream , CA 60197-5244** | | C | DATE INCURRED:  **2006**<br>CONSIDERATION:<br>**Credit Cards**<br>REMARKS: | | | | **$1,713.15** |
| **Representing:**<br>**Hsbc Retail Services** | | | **Cir, Law Offices**<br>**P.o. Box 23189**<br>**San Diego , CA 92193-3189** | | | | **Notice Only** |
| ACCT #:  **0007001167019875302**<br>**Hsbc Retail Services**<br>**P.o. Box 5244**<br>**Carol Stream , IL 60197-5244** | | C | DATE INCURRED:  **2006**<br>CONSIDERATION:<br>**Credit Cards**<br>REMARKS: | | | | **$2,286.22** |
| **Representing:**<br>**Hsbc Retail Services** | | | **HSBC/BEST BUY**<br>**PO BOX 15519**<br>**WILMINGTON, DE 19850** | | | | **Notice Only** |
| ACCT #:  **1691**<br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia PA 19114** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **$0.00** |

Sheet no. _____**2**_____ of _____**3**_____ continuation sheets attached to                    Subtotal >    | **$3,999.37**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    Total >
                                    **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joshua Lair Crayton**                                    Case No. _____
       **Ana Ruth Escobar Crayton**                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **252768-141**<br>**Pacific Marine Credit Union**<br>**P.o. Box 555235**<br>**Camp Pendleton , CA 92055-5235** | | C | DATE INCURRED:  **2004**<br>CONSIDERATION:<br>**Personal Loan**<br>REMARKS: | | | | **$14,995.18** |
| ACCT #:  **5491237297313515**<br>**Usaa Federal Savings Bank**<br>**10750 Mcdermott Freeway**<br>**San Antonio , TX 78288-0544** | | C | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**Credit Cards**<br>REMARKS: | | | | **$10,924.54** |
| **Representing:**<br>**Usaa Federal Savings Bank** | | | **United Recovery Systems, Lp**<br>**P.o. Box 722929**<br>**Houston , TX 77272-2929** | | | | **Notice Only** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ____**3**____ of ____**3**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$25,919.72**

Total >  **$66,349.60**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Joshua Lair Crayton**                                    Case No. _____
       **Ana Ruth Escobar Crayton**                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re  **Joshua Lair Crayton**                           Case No. _____
      **Ana Ruth Escobar Crayton**                                        (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Melinda S. Marlo**<br>625 West 10th Ave<br>Escondido , CA 92025 | **First Horizon Home Equity Credit**<br>P.o. Box 2351<br>Memphis , TN 38101 |
| **Melinda S. Marlo**<br>625 West 10th Ave<br>Escondido , CA 92025 | **Lbps Lender Business**<br>P.o. Box 4121<br>Beaverton , OR 97076-4121 |

B6I (Official Form 6I) (12/07)

In re  **Joshua Lair Crayton**                                         Case No. _____
      **Ana Ruth Escobar Crayton**                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s):  Son<br>Son | Age(s): 11<br>6 | Relationship(s): | Age(s): |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | Military | Un-employed |
| Name of Employer | U.s. Marine Corps | Edd Socal Auth Center |
| How Long Employed | 16 years 6 months | 1 month |
| Address of Employer | 1st Supply Battalion | P.o. Box 19007 |
| | Camp Pendleton , CA 92055 | San Bernardino , CA 92423-9007 |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1.   Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $6,836.27 | $0.00 |
| 2.   Estimate monthly overtime | $0.00 | $0.00 |
| 3.   SUBTOTAL | **$6,836.27** | **$0.00** |
| 4.   LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes (includes social security tax if b. is zero) | $356.07 | $0.00 |
|     b. Social Security Tax | $264.46 | $0.00 |
|     c. Medicare | $61.85 | $0.00 |
|     d. Insurance | $23.50 | $0.00 |
|     e. Union dues | $0.50 | $0.00 |
|     f. Retirement | $0.00 | $0.00 |
|     g. Other (Specify)  Dental Ins | $31.72 | $0.00 |
|     h. Other (Specify)  Life ins. | $33.50 | $0.00 |
|     i. Other (Specify) | $0.00 | $0.00 |
|     j. Other (Specify) | $0.00 | $0.00 |
|     k. Other (Specify) | $0.00 | $0.00 |
| 5.   SUBTOTAL OF PAYROLL DEDUCTIONS | **$771.60** | **$0.00** |
| 6.   TOTAL NET MONTHLY TAKE HOME PAY | **$6,064.67** | **$0.00** |
| 7.   Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8.   Income from real property | $0.00 | $0.00 |
| 9.   Interest and dividends | $0.00 | $0.00 |
| 10.  Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11.  Social security or government assistance (Specify): | $0.00 | $0.00 |
| 12.  Pension or retirement income | $0.00 | $0.00 |
| 13.  Other monthly income (Specify): | | |
|     a. _____ / Unemployment | $0.00 | $637.00 |
|     b. | $0.00 | $0.00 |
|     c. | $0.00 | $0.00 |
| 14.  SUBTOTAL OF LINES 7 THROUGH 13 | **$0.00** | **$637.00** |
| 15.  AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$6,064.67** | **$637.00** |
| 16.  COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$6,701.67** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:  **Joshua Lair Crayton**                              Case No. _____
        **Ana Ruth Escobar Crayton**                                          (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $2,500.00 |
|    a. Are real estate taxes included?    ☑ Yes    ☐ No | |
|    b. Is property insurance included?    ☑ Yes    ☐ No | |
| 2. Utilities:   a. Electricity and heating fuel | $150.81 |
|             b. Water and sewer | $120.00 |
|             c. Telephone | $240.00 |
|             d. Other:   Cable/hm Phone/internet | $184.66 |
| 3. Home maintenance (repairs and upkeep) | $100.00 |
| 4. Food | $750.00 |
| 5. Clothing | $250.00 |
| 6. Laundry and dry cleaning | $50.00 |
| 7. Medical and dental expenses | $120.00 |
| 8. Transportation (not including car payments) | $600.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $200.00 |
| 10. Charitable contributions | $0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | $0.00 |
|           b. Life | $75.10 |
|           c. Health | $0.00 |
|           d. Auto | $137.00 |
|           e. Other: | $0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | $0.00 |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto:    Car in Central America | $237.26 |
|           b. Other: | |
|           c. Other: | $0.00 |
|           d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | $0.00 |
| 15. Payments for support of add'l dependents not living at your home:    Medical care for father-in-law | $240.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $0.00 |
| 17.a. Other: | |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$5,954.83** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $6,701.67 |
| b. Average monthly expenses from Line 18 above | $5,954.83 |
| c. Monthly net income (a. minus b.) | $746.84 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Joshua Lair Crayton**                                                    Case No. _____
     **Ana Ruth Escobar Crayton**                                                         (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **22** _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **11/5/2010** _____            Signature   **/s/ Joshua Lair Crayton** _____
                                                                  **Joshua Lair Crayton**


Date  **11/5/2010** _____            Signature   **/s/ Ana Ruth Escobar Crayton** _____
                                                                  **Ana Ruth Escobar Crayton**
                                                      [If joint case, both spouses must sign.]

_Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571._

B7 (Official Form 7) (04/10)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

In re:   **Joshua Lair Crayton**                                                    Case No. _____
          **Ana Ruth Escobar Crayton**                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $36,186.05 | 2010 Debtor: Defense Finance Accounting Ser |
| $35,273.07 | 2009 Debtor: Defense Finance Accounting Ser |
| $24,973.20 | 2008 Debtor: Defense Finance Accounting Ser |
| | |
| $8,133.88 | 2010 Spouse: Osc/edd Socal |
| $3,880.65 | 2009 Spouse: Mccs Camp Pendleton/401k |
| $13,960.77 | 2008 Spouse: Camp Pendleton Mccs |

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2010 Debtor: |
| $0.00 | 2009 Debtor: |
| | |
| $0.00 | 2010 Spouse: |
| $0.00 | 2009 Spouse: |

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☐

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Pacific Marine Credit Union** <br> **P.o. Box 555235** <br> **Camp Pendleton , CA 92055-5235** | 9/15,8/15,7/15 | $620.00 | $14,996.35 |

None ☑

b.  Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

In re:   **Joshua Lair Crayton**                                    Case No. _____
         **Ana Ruth Escobar Crayton**                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None
☐

c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Elizabeth America Vergara** **San Jose Los Sitios** **Talnique** **Departomento La Libratad , CA 00000** **Friend** | **15th of each** **month** | **$236.00** | **$5,400.00** |

---

None
☐

**4. Suits and administrative proceedings, executions, garnishments and attachments**

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Gmac, Llc. V. Joshua L. Crayton, Ana E. Crayton** | **Repossession** | **Temecula, Ca** | **Stipulated Settlement** |

---

None
☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☐

**5. Repossessions, foreclosures and returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gmac, Llc. V. Joshua L. Crayton, Ana E. Crayton** **P.o. Box 380901** **Bloomington , MN 55438-0902** | **12/2008** | **2004 Saturn Relay,  Balance Owed** **$18.040.63** |

---

None
☑

**6. Assignments and receiverships**

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

In re:    **Joshua Lair Crayton**                                          Case No.  _____
          **Ana Ruth Escobar Crayton**                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

### 7. Gifts

None ☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Decaf** | 10/11/2010 Decaf | 40.00 |
| **Mike Arnold/lincoln Drexel** Newport , CA | 8/2009 Gcs Accounting | 2200.00 |
| **Law Offices of Cortright & Valentine** 27186 Newport Rd., Ste. 1 Menifee CA 92584 | 8/17/2010 | $2,000.00 + $299 filing fee |

---

### 10. Other transfers

None ☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

### 11. Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION**

In re:   **Joshua Lair Crayton**                                          Case No.  _____
         **Ana Ruth Escobar Crayton**                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**12. Safe deposit boxes**

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None
☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None
☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**NAME**

**Ana Ruth E. Crayton**

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

In re:  **Joshua Lair Crayton**                                    Case No.  _____
        **Ana Ruth Escobar Crayton**                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

None
☑  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is
or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

None
☑
### 18. Nature, location and name of business

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership,
sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the
commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately
preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years
immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years
immediately preceding the commencement of this case.

---

None
☑  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been,
within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of
more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or
self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within
six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go
directly to the signature page.)

---

None
☑
### 19. Books, records and financial statements

a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the
keeping of books of account and records of the debtor.

---

None
☑  b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account
and records, or prepared a financial statement of the debtor.

---

None
☑  c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the
debtor.  If any of the books of account and records are not available, explain.

---

None
☑  d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by
the debtor within two years immediately preceding the commencement of this case.

---

None
☑
### 20. Inventories

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the
dollar amount and basis of each inventory.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

In re:   Joshua Lair Crayton                                    Case No.   _____
         Ana Ruth Escobar Crayton                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None
☑   b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None
☑   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☑   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None
☑   a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
☑   b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

### 23. Withdrawals from a partnership or distributions by a corporation

None
☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

### 24. Tax Consolidation Group

None
☑   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

### 25. Pension Funds

None
☑   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **11/5/2010** _____          Signature      **/s/ Joshua Lair Crayton**
                                                  of Debtor      *Joshua Lair Crayton*

Date   **11/5/2010** _____          Signature      **/s/ Ana Ruth Escobar Crayton**
                                                  of Joint Debtor  *Ana Ruth Escobar Crayton*
                                                  (if any)

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

IN RE:   **Joshua Lair Crayton**                                         CASE NO
       **Ana Ruth Escobar Crayton**

                                                    CHAPTER   **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | **$4,000.00** |
| Prior to the filing of this statement I have received: | **$2,000.00** |
| Balance Due: | **$2,000.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.


| | |
|---|---|
| **11/5/2010** | **/s/ Kevin Cortright** |
| *Date* | *Kevin Cortright*          Bar No.  267224 |
| | Law Offices of Cortright & Valentine |
| | 27186 Newport Rd., Ste. 1 |
| | Menifee CA 92584 |
| | Phone: (951) 200-7505 / Fax: (951) 200-7506 |

---

**/s/ Joshua Lair Crayton**                                    **/s/ Ana Ruth Escobar Crayton**
*Joshua Lair Crayton*                                         *Ana Ruth Escobar Crayton*

February 2006                                                                      2006 USBC Central District of California

| United States Bankruptcy Court | |
|---|---|
| **Central District of California** | |
| In re  Crayton, Joshua Lair <br> Crayton, Ana Ruth Escobar | CHAPTER: 13 |
| Debtor(s). | CASE NO.: |

## DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, <u>Joshua Lair Crayton</u>, the debtor in this case, declare under penalty
(Print Name of Debtor)

of perjury under the laws of the United States of America that:

☒  I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment
income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing
them.)*

☐  I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition,
and received no payment from any other employer.

☐  I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, <u>Ana Ruth Escobar Crayton</u>, the debtor in this case, declare under penalty
(Print Name of Joint Debtor)

of perjury under the laws of the United States of America that:

☐  I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment
income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing
them.)*

☐  I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition,
and received no payment from any other employer.

☒  I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date <u>November   5   , 2010</u>                    Signature <u>/s/ Joshua Lair Crayton</u>
                                                      Debtor Joshua Lair Crayton

Date <u>November   5   , 2010</u>                    Signature <u>/s/ Ana Ruth Escobar Crayton</u>
                                                      Joint Debtor Ana Ruth Escobar Crayton

# MARINE CORPS TOTAL FORCE LEAVE AND EARNINGS STATEMENT

| A ID INFO | 1 NAME (LAST, FIRST, MI) | | 2 SSN | 3 RANK | 4 SERV | 5 PLT CODE | 6 DATE PREP | 7 PRD COVERED | | 8 OBD | 9 YRS | 10 EAS | 11 ECC | 12 MCC DIST RUC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CRAYTON, JOSHUA L | | *****1891 | 1STSGT | USMC | MMCO | 20100923 | 1-30 SEP | | 19940206 | 16 | 20110529 | 20110529 | 000  28310 |

| B FORECAST AMOUNTS | 13 DATE | AMOUNT | 14 DATE | AMOUNT | C SPLIT PAY | 15 START DATE | 16 AMOUNT | 17 BALANCE | 18 POE | D. DIRECT DEPOSIT/EFT/ADDRESS |
|---|---|---|---|---|---|---|---|---|---|---|
| | 20101015 | \$ 3044.11 | 20101101 | \$ 3044.07 | | | \$    .00 | \$    .00 | 12011 | NAVY FEDERAL CREDIT UNION PO BOX 3002 ATTN: DASB MERRIFIELD    VA 221193002 |

| E | LEAVE INFORMATION | | | | | | | | | | | F | AVIATION PAY INFORMATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 LV BF | 20 EARNED | 21 USED | 22 EXCESS | 23 BAL | 24 MAX ACCRUAL | 25 LOST | 26 SOLD AS OF | 27 CBT LV BAL | 28 ASED | 29 DIFOP TOTAL YRS MO | 30 PRIOR DIFOP START | 31 PRIOR DIFOP STOP | 32  OPFLY GATE INFORMATION 0000 | |
| 13.0 | 2.5 | 0 | .0 | 15.5 | 20.0 | 0 | 60.0 | 20070106 | .0 | 00000000 | | | | |

| G | | | TAX INFORMATION | | | | | | H.  RIGHTS OF MARINES INDEBTED TO THE GOVERNMENT YOU HAVE THE RIGHT TO: |
|---|---|---|---|---|---|---|---|---|---|

| 33 STATE TAX | | 34 FEDERAL TAX | | 35 FICA (SOCIAL SECURITY TAX) | |
|---|---|---|---|---|---|
| STATE CODE | CA | | | SSEC WAGES THIS PRD | \$4265.40 |
| EXEMPTIONS | M 03 | EXEMPTIONS | M 03 | SSEC WAGES YTD | \$36186.05 |
| WAGES THIS PRD | \$4265.40 | WAGES THIS PRD | \$4265.40 | SSEC TAX YTD | \$2243.54 |
| WAGES YTD | \$36186.05 | WAGES YTD | \$36186.05 | MEDICARE WAGES THIS PRD | \$4265.40 |
| STATE TAX YTD | \$525.21 | FED TAX YTD | \$2246.04 | MEDICARE WAGES YTD | \$36186.05 |
| | | | | MEDICARE TAX YTD | \$524.70 |

-INSPECT AND COPY RECORDS PERTAINING TO DEBT
-QUESTION VALIDITY OF A DEBT AND SUBMIT REFUTING EVIDENCE
-NEGOTIATE A REPAYMENT SCHEDULE
-REQUEST A WAIVER OF DEBT

MORE INFORMATION ABOUT YOUR RIGHTS CAN BE OBTAINED FROM YOUR COMMANDING OFFICER VIA YOUR CHAIN OF COMMAND.

| I | ADDITIONAL BAH INFORMATION | | | | | | J CAREER SEA PAY | | | | K EDUCATION DEDUCTION | | L ADMIN INFO | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | 37 BAH ZIP  92052 | 38 | 39 | 40 | 41 | 42 | 43 DATE  20020927 | TOTAL CAREER SEA SVC  00 YRS  00 MO  19 DA | | | 44 TYPE  MGIB | 45 MONTHLY AMT  \$    .00 | 46 TOTAL  \$ 1200.00 | 47  PAY STATUS  00000 |

| M | RESERVE DRILL INFORMATION | N | RESERVE RETIREMENT INFORMATION | 48 PAY GROUP  00013 | 49 CRA DATE  20070530 |
|---|---|---|---|---|---|

| 52 REG FYTD | 53 REG ANNYTD | 54 REG ADD | 55 ADD | 56 ADD FYTD | 57 ADD ANNYTD | 58  BF ANNYTD | 59 ACDU THIS PRD | 60 DRILL THIS PRD | 61 OTHER THIS PRD | 62 MBR THIS PRD | 63 END BAL ANNYTD | 64 TOTAL SAT YRS | 65 TOTAL RET PTS | 50 RESERVE ECC | 51 DSSN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | 6167 | | 6167 |

| 66 AFADBD  19940206 | 67  DEAF  19930202 | 68 TSP TAX DEFERRED  \$    .00 | 69 TSP TAX EXEMPT  \$    .00 | 70 |
|---|---|---|---|---|

```
O REMARKS
    BROUGHT FWD                   .00
        ENTITLEMENTS
    BASIC PAY              4,265.40    TAXABLE FOR FITW, SITW & FICA
    BAS (MONTHLY)            323.87
    BAH WITH DEPNS         2,247.00
            TOTAL         6,836.27
        DEDUCTIONS
    FITW  (FED TAX)          286.27
    SOCIAL SECURITY          264.46
    MEDICARE                  61.85
    SITW (STATE TAX CA)       69.80
    SGLI $400,000             26.00
    SPOUSE SGLI                6.50
    TSGLI                      1.00
    DENTAL INS ALLOTMENT      31.72    800 UCCI DENTAL
    USN/MC RET HOME            .50
            TOTAL           748.10
        PAYMENTS                   DATE        DSSN     VOU        RUC/PRNO
    REGULAR PAYMENT        3,044.10    20100915    6102   0000030023   00001023
    REGULAR PAYMENT        3,044.07    20101001    6102   0000030024   00001024
            TOTAL         6,088.17
    CARRIED FWD                   .00
    MBR IS ENTITLED TO CONUS COLA.  COMPUTED AMT IS $0.00
    ** RETIREMENT PLAN REFLECTS:  CODE 4 - CHOSE CSB BONUS**
    "BOND PAYROLL DEDUCTIONS WILL BE TERMINATED AS OF 20100930 PER
    US TREASURY DIRECTIVE. MARINES WANTING TO CONTINUE TO PURCHASE
    BONDS NEED TO ESTABLISH AN ACCOUNT VIA WWW.TREASURYDIRECT.GOV"
    "MULTI-MONTH BOND PURCHASES THAT CANNOT BE COMPLETED BY
    20100930, HAVE BEEN REFUNDED WITH EOM PAY DAY."
    "ID CARD EXPIRING?  SCHEDULE YOUR APPT AT
    HTTP://APPOINTMENTS.CAC.NAVY.MIL/ AND AVOID LONG WAIT TIMES."
    "VOTE! IT'S EASY AND QUICK! REQUEST YOUR BALLOT FOR
    NOVEMBER 2 GENERAL ELECTION! GO TO WWW.FVAP.GOV."
    "DFAS IS NOW ON FACEBOOK AT
    WWW.FACEBOOK.COM/DEFENSEFINANCEANDACCOUNTINGSERVICE."
    "USE YOUR COMMISSARY BENEFIT. SAVE 30% OR MORE!"
    "CLAIMS FOR RETRO STOP-LOSS MUST BE RECEIVED BY OCT 21, 2010.
    FOR INFO GO TO HTTP://WWW.DEFENSE.GOV/STOPLOSS."
```

myPay

9/26/10 12:54 PM

| Text Version | | Help | Main | Exit |

Printer Friendly Version          View other LESs   Aug 2010   ▾  Go

## MARINE CORPS TOTAL FORCE LEAVE AND EARNINGS STATEMENT

| A ID INFO | 1 NAME (LAST, FIRST, MI) CRAYTON, JOSHUA L | 2 SSN *****1691 | 3 RANK 1STSGT | 4 SERV USMC | 5 PLT CODE MMCO | 6 DATE PREP 20100824 | 7 PRD COVERED 1-31AUG | 8 PEBD 19940206 | 9 YRS 16 | 10 EAS 20110529 | 11 ECC 20110529 | 12 MCC DIST RUC 000  28310 |

| B FORECAST AMOUNTS | 13 DATE 20100915 | AMOUNT $3044.10 | 14 DATE 20101001 | AMOUNT $3044.07 | 15 SPLIT PAY | 15 START DATE | 16 AMOUNT $.00 | 17 BALANCE $.00 | 18 POE 12011 | D. DIRECT DEPOSIT/EFT/ADDRESS NAVY FEDERAL CREDIT UNION PO BOX 3002 ATTN: DASB MERRIFIELD VA 221193002 |

| E | LEAVE INFORMATION | | | | | | | F | AVIATION PAY INFORMATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 LV BF 26.5 | 20 EARNED 2.5 | 21 USED 16.0 | 22 EXCESS 0 | 23 BAL 13.0 | 24 MAX ACCRUAL 22.5 | 25 LOST | 26 SOLD AS OF 80.0 20070106 | 27 CBT LV BAL | 28 ASED 00000000 | 29 DIFOP TOTAL YRS MO | 30 PRIOR DIFOP START | 31 PRIOR DIFOP STOP | 32 DPFLY GATE INFORMATION 0000 |

| G | | TAX INFORMATION | | | | H. RIGHTS OF MARINES INDEBTED TO THE GOVERNMENT YOU HAVE THE RIGHT TO: |
|---|---|---|---|---|---|---|

| 33 STATE TAX | | 34 FEDERAL TAX | | 35 FICA (SOCIAL SECURITY TAX) | | -INSPECT AND COPY RECORDS PERTAINING TO DEBT -QUESTION VALIDITY OF A DEBT AND SUBMIT REFUTING EVIDENCE -NEGOTIATE A REPAYMENT SCHEDULE -REQUEST A WAIVER OF DEBT |
| STATE CODE | CA | | | SSEC WAGES THIS PRD | $4265.40 | |
| EXEMPTIONS | M 03 | EXEMPTIONS | M 03 | SSEC WAGES YTD | $31920.65 | |
| WAGES THIS PRD | $4265.40 | WAGES THIS PRD | $4265.40 | SSEC TAX YTD | $1979.08 | MORE INFORMATION ABOUT YOUR RIGHTS CAN BE OBTAINED FROM YOUR COMMANDING OFFICER VIA YOUR CHAIN OF COMMAND. |
| WAGES YTD | $31920.65 | WAGES YTD | $31920.65 | MEDICARE WAGES THIS PRD | $4265.40 | |
| STATE TAX YTD | $455.41 | FED TAX YTD | $1959.77 | MEDICARE WAGES YTD | $31920.65 | |
| | | | | MEDICARE TAX YTD | $462.85 | |

| I | ADDITIONAL BAH INFORMATION | | | | | | J CAREER SEA PAY | K EDUCATION DEDUCTION | | L ADMIN INFO | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | 37 BAH ZIP 92055 | 38 | 39 | 40 | 41 | 42 | 43 DATE TOTAL CAREER SEA SVC 20020927 00 YRS 00 MO 19 DA | 44 TYPE MGIB | 45 MONTHLY AMT | 46 TOTAL $1200.00 | 47 PAY STATUS 00000 |

| M | RESERVE DRILL INFORMATION | | | | N | RESERVE RETIREMENT INFORMATION | | | | | | 48 PAY GROUP 00013 | 49 CRA DATE 20070530 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 REG | 53 REG FYTD | 54 REG ANNYTD | 55 ADD | 56 ADD FYTD | 57 ADD ANNYTD | 58 BF ANNYTD | 59 ACDU THIS PRD | 60 DRILL THIS PRD | 61 OTHER THIS PRD | 62 MBR THIS PRD | 63 END BAL ANNYTD | 64 TOTAL SAT YRS | 65 TOTAL RET PTS | 50 RESERVE ECC | 51 DSSN 8187 |

| 56 AFADBD 19940206 | 57 DEAF 19930202 | 58 TSP TAX DEFERRED $.00 | 59 TSP TAX EXEMPT $.00 | 70 |

O Remarks

```
            BROUGHT FWD              .00
               ENTITLEMENTS
         BASIC PAY            4,265.40    START 20100801 AMOUNT  4,265.40
                                          TAXABLE FOR FITW, SITW & FICA
         BAS (MONTHLY)          323.87
         BAH WITH DEPNS       2,247.00    START 20100801 AMOUNT  2,247.00
               TOTAL          6,836.27
               DEDUCTIONS
         FITW  (FED TAX)        286.27
         SOCIAL SECURITY        264.45
         MEDICARE                61.85
         SITW (STATE TAX CA)     69.80
         SGLI $400,000           26.00
         SPOUSE SGLI              6.50
         TSGLI                    1.00
         DENTAL INS ALLOTMENT    31.72    800 UCCI DENTAL
         USH/MC RET HOME           .50
               TOTAL            748.09
               PAYMENTS              DATE        DSSN       VOU        RUC/PRNO
         REGULAR PAYMENT       3,044.11   20100813     6102   0000030021  00001021
         REGULAR PAYMENT       3,044.07   20100901     6102   0000030022  00001022
               TOTAL          6,088.18
         CARRIED FWD             .00
         ANN LEAVE  0001 20100802 TO 2359 20100817 FOR  16.0 DAYS
         MBR IS ENTITLED TO CONUS COLA. COMPUTED AMT IS $0.00
         PAY GRADE CHANGED EFFECTIVE 20100801
         ** RETIREMENT PLAN REFLECTS:  CODE 4 - CHOSE CSB BONUS**
         "BOND PAYROLL DEDUCTIONS WILL BE TERMINATED AS OF 20100930 PER
         US TREASURY DIRECTIVE. MARINES WANTING TO CONTINUE TO PURCHASE
         BONDS NEED TO ESTABLISH AN ACCOUNT VIA WWW.TREASURYDIRECT.GOV"
         "MULTI-MONTH BOND PURCHASES THAT CANNOT BE COMPLETED BY
         20100930, HAVE BEEN REFUNDED WITH EOM PAY DAY."
         "BONDS IN SAFEKEEPING? REQUEST THEM ANY TIME PER SERVICE
         PROCEDURES OR AT SEPARATION."
```

B 22C (Official Form 22C) (Chapter 13) (04/10)

In re:  **Joshua Lair Crayton**
        **Ana Ruth Escobar Crayton**

Case Number:

| According to the calculations required by this statement: |
|---|
| ☐   **The applicable commitment period is 3 years.** |
| ☑   **The applicable commitment period is 5 years.** |
| ☑   **Disposable income is determined under § 1325(b)(3).** |
| ☐   **Disposable income is not determined under § 1325(b)(3).** |
| (Check the boxes as directed in Lines 17 and 23 of this statement.) |

## CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME
## AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME

In addition to Schedules I and J, this statement must be completed by every individual chapter 13 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| | Part I. REPORT OF INCOME | | |
|---|---|---|---|
| | **Marital/filing status.**  Check the box that applies and complete the balance of this part of this statement as directed. | | |
| | a. ☐  Unmarried.   **Complete only Column A ("Debtor's Income") for Lines 2-10.** | | |
| | b. ☑  Married.   **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
| 1 | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**  Debtor's Income | **Column B**  Spouse's Income |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $6,716.87 | $0.00 |
| 3 | **Income from the operation of a business, profession, or farm.**   Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.   **Do not include any part of the business expenses entered on Line b as a deduction in Part IV.** | | |
| | a. | Gross receipts | $0.00 | $0.00 | |
| | b. | Ordinary and necessary business expenses | $0.00 | $0.00 | |
| | c. | Business income | Subtract Line b from Line a | $0.00 | $0.00 |
| 4 | **Rent and other real property income.**   Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  Do not enter a number less than zero.  **Do not include any part of of the operating expenses entered on Line b as a deduction in Part IV.** | | |
| | a. | Gross receipts | $0.00 | $0.00 | |
| | b. | Ordinary and necessary operating expenses | $0.00 | $0.00 | |
| | c. | Rent and other real property income | Subtract Line b from Line a | $0.00 | $0.00 |
| 5 | **Interest, dividends, and royalties.** | $0.00 | $0.00 |
| 6 | **Pension and retirement income.** | $0.00 | $0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse. | $0.00 | $0.00 |
| 8 | **Unemployment compensation.**   Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | |
| | Unemployment compensation claimed to be a benefit under the Social Security Act | Debtor $0.00 | Spouse $0.00 | $0.00 | $637.00 |
| 9 | **Income from all other sources.**   Specify source and amount.  If necessary, list additional sources on a separate page. Total and enter on Line 9.   **Do not include alimony or separate maintenance payments paid by your spouse, but include all other payments of alimony or separate maintenance.  Do not include** any benefits received under the the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
| | a. | | | |
| | b. | | | |
| | | | | $0.00 | $0.00 |

B 22C (Official Form 22C) (Chapter 13) (04/10)

| 10 | **Subtotal.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | $6,716.87 | $637.00 |
|---|---|---|---|
| 11 | **Total.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | | $7,353.87 |

## Part II. CALCULATION OF § 1325(b)(4) COMMITMENT PERIOD

| 12 | Enter the amount from Line 11. | $7,353.87 |
|---|---|---|
| 13 | **Marital adjustment.** If you are married, but are not filing jointly with your spouse, AND if you contend that calculation of the commitment period under § 1325(b)(4) does not require inclusion of the income of your spouse, enter on Line 13 the amount of income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of you or your dependents and specify, in the lines below, the basis for excluding this income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | |
| | a. | |
| | b. | |
| | c. | |
| | Total and enter on Line 13. | $0.00 |
| 14 | **Subtract Line 13 from Line 12 and enter the result.** | $7,353.87 |
| 15 | **Annualized current monthly income for § 1325(b)(4).** Multiply the amount from Line 14 by the number 12 and enter the result. | $88,246.44 |
| 16 | **Applicable median family income.** Enter the median family income for applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence: ___**California**___   b. Enter debtor's household size: __4__ | $77,596.00 |
| 17 | **Application of § 1325(b)(4).** Check the applicable box and proceed as directed.<br><br>☐  **The amount on Line 15 is less than the amount on Line 16.** Check the box for "The applicable commitment period is 3 years" at the top of page 1 of this statement and continue with this statement.<br><br>☑  **The amount on Line 15 is not less than the amount on Line 16.** Check the box for "The applicable commitment period is 5 years" at the top of page 1 of this statement and continue with this statement. | |

## Part III. APPLICATION OF § 1325(b)(3) FOR DETERMINING DISPOSABLE INCOME

| 18 | Enter the amount from Line 11. | $7,353.87 |
|---|---|---|
| 19 | **Marital adjustment.** If you are married, but are not filing jointly with your spouse, enter on Line 19 the total of any income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | |
| | a. | |
| | b. | |
| | c. | |
| | Total and enter on Line 19. | $0.00 |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2010

B 22C (Official Form 22C) (Chapter 13) (04/10)

| 20 | **Current monthly income for § 1325(b)(3).** Subtract Line 19 from Line 18 and enter the result. | $7,353.87 |
| 21 | **Annualized current monthly income for § 1325(b)(3).** Multiply the amount from Line 20 by the number 12 and enter the result. | $88,246.44 |
| 22 | **Applicable median family income.** Enter the amount from Line 16. | $77,596.00 |
| 23 | **Application of § 1325(b)(3).** Check the applicable box and proceed as directed.<br>☑ **The amount on Line 21 is more than the amount on Line 22.** Check the box for "Disposable income is determined under § 1325(b)(3)" at the top of page 1 of this statement and complete the remaining parts of this statement.<br>☐ **The amount on Line 21 is not more than the amount on Line 22.** Check the box for "Disposable income is not determined under § 1325(b)(3)" at the top of page 1 of this statement and complete Part VII of this statement. DO NOT COMPLETE PARTS IV, V, OR VI. | |

### Part IV. CALCULATION OF DEDUCTIONS FROM INCOME

**Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)**

| 24A | **National Standards: food, apparel and services, housekeeping supplies, personal care, and miscellaneous.** Enter in Line 24A the "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $1,371.00 |

| 24B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 16b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 24B. | |

| Household members under 65 years of age | | | Household members 65 years of age or older | | |
|---|---|---|---|---|---|
| a1. | Allowance per member | $60.00 | a2. | Allowance per member | $144.00 |
| b1. | Number of members | 4 | b2. | Number of members | |
| c1. | Subtotal | $240.00 | c2. | Subtotal | $0.00 |

(Line 24B total: $240.00)

| 25A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $555.00 |

| 25B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 47; subtract Line b from Line a and enter the result in Line 25B. DO NOT ENTER AN AMOUNT LESS THAN ZERO. | |

| a. | IRS Housing and Utilities Standards; mortgage/rent expense | $1,517.00 |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 47 | $0.00 |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. |

(Line 25B total: $1,517.00)

| 26 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 25A and 25B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below:<br><br>**Stationed in Hawaii as of 1/11. Average price of 3 bedroom house is $2500.** | $983.00 |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2010

B 22C (Official Form 22C) (Chapter 13) (04/10)

| 27A | **Local Standards: transportation; vehicle operation/public transportation expense.**<br>You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 7. ☐ 0   ☐ 1   ☒ 2 or more.<br><br>If you checked 0, enter on Line 27A the "Public Transportation" amount from IRS Local Standards: Transportation.  If you checked 1 or 2 or more, enter on Line 27A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region.  (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | **$566.00** |
|---|---|---|
| 27B | **Local Standards: transportation; additional public transportation expense.**<br>If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 27B the "Public Transportation" amount from IRS Local Standards: Transportation.  (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | **$0.00** |

| 28 | **Local Standards: transportation ownership/lease expense; Vehicle 1.**<br>Check the number of vehicles for which you claim an ownership/lease expense.  (You may not claim an ownership/lease expense for more than two vehicles.) ☒ 1   ☐ 2 or more<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 47; subtract Line b from Line a and enter the result in Line 28.  DO NOT ENTER AN AMOUNT LESS THAN ZERO. | |
|---|---|---|

| a. | IRS Transportation Standards, Ownership Costs | | **$86.38** |
|---|---|---|---|
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 47 | | **$86.38** |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | **$0.00** |

| 29 | **Local Standards: transportation ownership/lease expense; Vehicle 2.**<br>Complete this Line only if you checked the "2 or more" Box in Line 28.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 47; subtract Line b from Line a and enter the result in Line 29.  DO NOT ENTER AN AMOUNT LESS THAN ZERO. | |
|---|---|---|

| a. | IRS Transportation Standards, Ownership Costs | | |
|---|---|---|---|
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 47 | | |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | |

| 30 | **Other Necessary Expenses: taxes.**   Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self-employment taxes, social-security taxes, and Medicare taxes.  DO NOT INCLUDE REAL ESTATE OR SALES TAXES. | **$641.88** |
|---|---|---|
| 31 | **Other Necessary Expenses: involuntary deductions for employment.**   Enter the total average monthly deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs.  DO NOT INCLUDE DISCRETIONARY AMOUNTS, SUCH AS VOLUNTARY 401(K) CONTRIBUTIONS. | **$0.50** |
| 32 | **Other Necessary Expenses: life insurance.**   Enter total average monthly premiums that you actually pay for term life insurance for yourself.  DO NOT INCLUDE PREMIUMS FOR INSURANCE ON YOUR DEPENDENTS, FOR WHOLE LIFE OR FOR ANY OTHER FORM OF INSURANCE. | **$33.50** |
| 33 | **Other Necessary Expenses: court-ordered payments.**   Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments.  DO NOT INCLUDE PAYMENTS ON PAST DUE OBLIGATIONS INCLUDED IN LINE 49. | **$0.00** |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2010

B 22C (Official Form 22C) (Chapter 13) (04/10)

| 34 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | **$0.00** |
|---|---|---|
| 35 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare--such as baby-sitting, day care, nursery and preschool.  DO NOT INCLUDE OTHER EDUCATIONAL PAYMENTS. | **$0.00** |
| 36 | **Other Necessary Expenses: health care.**  Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 24B.  DO NOT INCLUDE PAYMENTS FOR HEALTH INSURANCE OR HEALTH SAVINGS ACCOUNTS LISTED IN LINE 39. | **$0.00** |
| 37 | **Other Necessary Expenses: telecommunication services.**  Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service--such as pagers, call waiting, caller id, special long distance, or internet service--to the extent necessary for your health and welfare or that of your dependents.  DO NOT INCLUDE ANY AMOUNT PREVIOUSLY DEDUCTED. | **$40.00** |
| 38 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 24 through 37. | **$5,947.88** |

<table>
<tr><td colspan="3" align="center"><b>Subpart B: Additional Living Expense Deductions</b><br><b>Note: Do not include any expenses that you have listed in Lines 24-37</b></td></tr>
</table>

| 39 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.**  List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | |
|---|---|---|
| | a. Health Insurance — **$31.72** | |
| | b. Disability Insurance — **$0.00** | |
| | c. Health Savings Account — **$0.00** | |
| | Total and enter on Line 39 | **$31.72** |
| | IF YOU DO NOT ACTUALLY EXPEND THIS TOTAL AMOUNT, state your actual total average monthly expenditures in the space below: _____ | |
| 40 | **Continued contributions to the care of household or family members.**  Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses.  DO NOT INCLUDE PAYMENTS LISTED IN LINE 34. | **$240.00** |
| 41 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incur to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law.  The nature of these expenses is required to be kept confidential by the court. | **$0.00** |
| 42 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs.  YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF YOUR ACTUAL EXPENSES, AND YOU MUST DEMONSTRATE THAT THE ADDITIONAL AMOUNT CLAIMED IS REASONABLE AND NECESSARY. | |
| 43 | **Education expenses for dependent children under 18.**  Enter the total average monthly expenses that you actually incur, not to exceed $147.92 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age.  YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF YOUR ACTUAL EXPENSES, AND YOU MUST EXPLAIN WHY THE AMOUNT CLAIMED IS REASONABLE AND NECESSARY AND NOT ALREADY ACCOUNTED FOR IN THE IRS STANDARDS. | **$0.00** |

B 22C (Official Form 22C) (Chapter 13) (04/10)

| 44 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) YOU MUST DEMONSTRATE THAT THE ADDITIONAL AMOUNT CLAIMED IS REASONABLE AND NECESSARY. | |
|---|---|---|
| 45 | **Charitable contributions.** Enter the amount reasonably necessary for you to expend each month on charitble contributions in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). DO NOT INCLUDE ANY AMOUNT IN EXCESS OF 15% OF YOUR GROSS MONTHLY INCOME. | $0.00 |
| 46 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 39 through 45. | $271.72 |

## Subpart C: Deductions for Debt Payment

| 47 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 47. | |
|---|---|---|

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? | |
|---|---|---|---|---|---|
| a. | **Karla Veronica Flores Machac** | **2008 Kia Rio in Central Amei** | $86.38 | ☐ yes ☑ no | |
| b. | | | | ☐ yes ☐ no | |
| c. | | | | ☐ yes ☐ no | |
| | | | Total: Add Lines a, b and c | | $86.38 |

| 48 | **Other payments on secured claims.** If any of the debts listed in Line 47 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 47, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |
|---|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount | |
|---|---|---|---|---|
| a. | | | | |
| b. | | | | |
| c. | | | | |
| | | | Total: Add Lines a, b and c | $0.00 |

| 49 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. DO NOT INCLUDE CURRENT OBLIGATIONS, SUCH AS THOSE SET OUT IN LINE 33. | $0.00 |
|---|---|---|

| 50 | **Chapter 13 administrative expenses.** Multiply the amount in Line a by the amount in Line b, and enter the resulting administrative expense. | |
|---|---|---|

| | | | |
|---|---|---|---|
| a. | Projected average monthly chapter 13 plan payment. | | $750.00 |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | | 11 % |
| c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b | $82.50 |

| 51 | **Total Deductions for Debt Payment.** Enter the total of Lines 47 through 50. | $168.88 |
|---|---|---|

## Subpart D: Total Deductions from Income

| 52 | **Total of all deductions from income.** Enter the total of Lines 38, 46 and 51. | $6,388.48 |
|---|---|---|

**B 22C (Official Form 22C) (Chapter 13) (04/10)**

| | **Part V. DETERMINATION OF DISPOSABLE INCOME UNDER § 1325(b)(2)** | |
|---|---|---|
| 53 | **Total current monthly income.**  Enter the amount from Line 20. | $7,353.87 |
| 54 | **Support income.**   Enter the monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I, that you received in accordance with applicable nonbankruptcy law, to the extent reasonably necessary to be expended for such child. | |
| 55 | **Qualified retirement deductions.**   Enter the monthly total of (a) all amounts withheld by your employer from wages as contributions for qualified retirement plans, as specified in § 541(b)(7) and (b) all required repayments of loans from retirement plans, as specified in § 362(b)(19). | $0.00 |
| 56 | **Total of all deductions allowed under § 707(b)(2).** Enter the amount from Line 52. | $6,388.48 |

| | **Deduction for special circumstances.** If there are special circumstances that justify additional expenses for which there is no reasonable alternative, describe the special circumstances and the resulting expenses in lines a-c below.  If necessary, list additional entries on a separate page.  Total the expenses and enter the total in Line 57. YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF THESE EXPENSES AND YOU MUST PROVIDE A DETAILED EXPLANATION OF THE SPECIAL CIRCUMSTANCES THAT MAKE SUCH EXPENSES NECESSARY AND REASONABLE. | | |
|---|---|---|
| 57 | | |

| | | Nature of special circumstances | Amount of expense |
|---|---|---|---|
| | a. | | |
| | b. | | |
| | c. | | |
| | | Total: Add Lines a, b, and c | $0.00 |

| 58 | **Total adjustments to determine disposable income.** Add the amounts on Lines 54, 55, 56, and 57 and enter the result. | $6,388.48 |
|---|---|---|
| 59 | **Monthly Disposable Income Under § 1325(b)(2).** Subtract Line 58 from Line 53 and enter the result. | **$965.39** |

| | **Part VI: ADDITIONAL EXPENSE CLAIMS** | |
|---|---|---|
| 60 | **Other Expenses.**   List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I).  If necessary, list additional sources on a separate page.  All figures should reflect your average monthly expense for each item.  Total the expenses. | |

| | | Expense Description | Monthly Amount |
|---|---|---|---|
| | a. | | |
| | b. | | |
| | c. | | |
| | | Total: Add Lines a, b, and c | $0.00 |

| | **Part VII: VERIFICATION** | |
|---|---|---|
| 61 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* | |

  Date:   **11/5/2010**             Signature:   **/s/ Joshua Lair Crayton**
                                              **Joshua Lair Crayton**

  Date:   **11/5/2010**             Signature:   **/s/ Ana Ruth Escobar Crayton**
                                              **Ana Ruth Escobar Crayton**

| Verification of Creditor Mailing List - (Rev. 10/05) | 2003 USBC, Central District of California |
|---|---|

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name        Law Offices of Cortright & Valentine

Address      27186 Newport Rd., Ste. 1
            Menifee CA 92584

Telephone    (951) 200-7505

☒ Attorney for Debtor(s)

☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br><br>Crayton, Joshua Lair<br><br>Crayton, Ana Ruth Escobar | Case No.:<br><br>Chapter:    13 |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of 4 sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:    November   5  , 2010                          /s/ Joshua Lair Crayton
_____    _____
                                                           *Debtor*

/s/ Kevin Cortright                                    /s/ Ana Ruth Escobar Crayton
_____    _____
*Attorney (if applicable)*                              *Joint Debtor*

Aafes/Military Star
P.o. Box 78731
Phoenix , AZ 85063-8731


American Express
P.o. Box 0001
Los Angeles , CA 92586-3556


American Express
P.o. Box 0001
Los Angeles , CA 90096-8000


AMEX
PO Box 297871
Fort Lauderdale, FL 33329


Chase
P.o. Box 94014
Palatine , IL 60094-4014


CHASE
225 CHASTAIN MEADOWS CT
KENNESAW, GA 30144


Cir, Law Offices
P.o. Box 23189
San Diego , CA 92193-3189


Discover Card
P.o. Box 3025
New Albany , OH 43054


Discover Financial Services
PO Box 15316
Wilmington, DE 19850

First Horizon Home Equity Credit
P.o. Box 2351
Memphis , TN 38101

First Tenn Bank
607 Market St
Knoxville, TN 37902

Franchise Tax Board
Attn: Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952

Fredrick J. Hanna & Associates, P.c.
1427 Roswell Road
Marietta , GA 30062

Gc Services Limited Partnership
P.o. Box 46960 (066)
Saint Luis , MO 63146

GMAC
PO BOX 12699
GLENDALE AZ 85318

Gmac Automotive
P.o. Box 380901
Bloomington , MN 55438-0902

Haster Law Office
6640 Shady Oak Road
Suite 340
Eden Prarie , MN 55344

Hsbc Retail Services
P.o. Box 5244
Carol Stream , CA 60197-5244

Hsbc Retail Services
P.o. Box 5244
Carol Stream , IL 60197-5244


HSBC/BEST BUY
PO BOX 15519
WILMINGTON, DE 19850


Internal Revenue Service
PO Box 21126
Philadelphia PA 19114


Karla Veronica Flores Machado
Entre 63 y 65 Avenida Sur,
Pasaje 1
Colonia Escalon, Casa #1
San Salvador, Central America

Law Offices of Cortright & Valentine
27186 Newport Rd., Ste. 1
Menifee CA 92584


Lbps Lender Business
P.o. Box 4121
Beaverton , OR 97076-4121


Macdowell & Associates, Ltd.
3636 Birch St
Suite 290
Newport Beach , CA 92660


Melinda S. Marlo
625 West 10th Ave
Escondido , CA 92025


Nco Financial Systems Inc
507 Prudencial Road
Horsham , PA 19044

Pacific Marine Credit Union
P.o. Box 555235
Camp Pendleton , CA 92055-5235


Riverside Treasurer-Tax Collector
4080 Lemon St. (1st Floor)
Riverside CA 92502


United Recovery Systems, Lp
P.o. Box 722929
Houston , TX 77272-2929


Usaa Federal Savings Bank
10750 Mcdermott Freeway
San Antonio , TX 78288-0544